# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODERICK HOLT, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:17-cv-00683-JHE |
| ) | |
| JEFFERSON COUNTY ) | |
| COMMITTEE FOR ECONOMIC ) | |
| OPPORTUNITY, ) | |
| ) | |
|     Defendant. ) | |

### SETTLEMENT AGREEMENT AND GENERAL RELEASE

I, **Roderick Holt ("Holt")**, hereby choose, of my own free will, to accept this Settlement Agreement and General Release (the "Agreement") on the terms and conditions set out below.

1. **Payment.** Jefferson County Committee for Economic Opportunity ("Employer"), will pay Holt and his counsel the sum total of $75,000.00. This settlement is contingent upon the Court's approval of the settlement, and this amount will be paid by Employer by August 29, 2019 or seven days after the date that the Court enters an Order approving the settlement, whichever occurs last. Of this amount, Employer will treat $15,707.59 of the settlement proceeds as a compromise of Holt's claim for compensation for claimed overtime. Employer will issue Holt a check for the gross amount of $15,707.59, but will make the necessary payroll withholdings, based upon the withholdings applied to Holt's last payroll check, with the exception that there will be no withholdings for Holt's 401k plan. Employer will issue Holt a W-2 for this portion of the settlement proceeds. At the same time, Employer will issue a second check to Holt in the gross amount of $15,707.59, representing a compromise of Holt's claim for liquidated damages. No withholdings will be made from that check, and Employer will issue Holt a 1099 for that payment. Also, at the same time, Employer will issue a check to Holt's counsel for $43,584.82, representing a compromise of their claim for attorney's fees and litigation expenses. Employer will issue a 1099 to Holt's counsel related to this payment. Holt and his counsel acknowledge, agree, warrant and represent that (a) neither Employer nor any other Releasee, as defined below, have made any representation whatsoever about the taxability of the settlement proceeds; and (b) Holt is solely responsible for any and all federal, state or other tax liability, including penalties, interest and expenses, without regard to the nature of such tax, which could or may arise as a result of the payment of the settlement proceeds hereunder, except as stated above. Further, Holt agrees to indemnify and hold harmless Employer and the other Releasees from any and all damages, tax liabilities, costs (including attorney or accountant

Holt's Initials _____

fees), penalties and interest arising out of or relating to the funds paid to them pursuant to this Agreement (whether or not such liabilities, costs, penalties and/or interest are incurred during an investigation, assessment or audit performed by any taxing authority).

   2. **General Release and Wavier.** This Agreement includes a general release of all FLSA legal claims against Employer.  Holt understands that, by requesting this release, Employer does not suggest or imply that Holt has any legal FLSA claim against Employer.  Rather, Holt understands that this language is standard and designed to bring closure to any FLSA claim that any employee theoretically may have against his/her employer and/or co-workers and/or supervisors.

   In exchange for the payment in Section 1, Holt hereby **RELEASES and WAIVES** all FLSA claims and causes of action of any type, whether known or unknown, against Employer, and each of its past, present and future members, officers, predecessors, successors, directors, fiduciaries, trustees, employees, affiliated entities, shareholders, insurers, agents and attorneys (collectively, the "Releasees"), arising from or relating to (directly or indirectly) Holt's employment with Employer or any other FLSA matter or event that has occurred between Holt and Employer at any time up to and including the date of this Agreement.  The claims and rights hereby **RELEASED and WAIVED** by Holt include, but are not limited to any possible FLSA claim and any and all claims related to the allegations asserted in Roderick Holt v. Jefferson County Committee for Economic Opportunity, in the Northern District of Alabama, Southern Division, Civil Action No.: 2:17-CV-00683-JHE ("the Lawsuit").

   3. **Covenant Not to Sue; Indemnity and Dismissal of the Lawsuit.** Holt agrees not to sue on, join in, assert against or participate voluntarily in any FLSA cause of action, lawsuit, investigation, administrative charge or other legal action involving Employer, or any of the other Releasees, whether asserted on behalf of Holt or some other person or entity, relating to any matter embraced by, arising out of or relating in any way to claims released under this Agreement or any other FLSA matter involving Employer or its employees and/or business. Holt agrees and acknowledges that if he institutes, or causes to be instituted, maintain, or allow to be instituted on his behalf, against Employer or any of the other Releasees, any FLSA action or matter embraced by, arising out of or relating in any way to one of the claims released above, Holt shall indemnify/hold harmless Employer (and any other Releasee) from related or resulting claims, damages, judgments, interests, costs and legal expenses, including attorney's fees.  Holt agrees immediately to dismiss with prejudice or cause to be dismissed with prejudice the FLSA Lawsuit upon the Court's approval of this settlement.

   4. **Mutual Non-Disparagement and Non-Disclosure.** As part of this Agreement, Holt and management level employees of Employer, make the following additional covenants:

> We will not directly or indirectly disparage, criticize or make derogatory remarks about Holt or Employer, its current or former employees or any of the other Releasees in any form, communication or media whatsoever, regardless of the truth of the remark.

                     Holt's Initials _____

We shall take no actions intended to harm the reputation, mission, business or operations of Holt or Employer, its services or programs, or any of their officers, directors or employees or any of the other Releasees.

Holt shall not disclose (and by signing below, we acknowledge that we have not disclosed) the terms, contents or execution of this Agreement, except to his spouse or his tax preparer, provided they agree not to disclose its terms, contents or execution to any other person or entity, absent prior written consent of Employer, or unless required by legal process.  Management level employees of Employer shall not disclose the terms, contents or execution of this agreement except to accountants or tax preparers.

Holt understands that Employer's  agreement to the obligations in this section are a material inducement to Employer for entering into this Agreement. Holt likewise acknowledges that damages to Employer for breach of any of the provisions of this section would be impracticable or extremely difficult to ascertain, and agree that in the event we breach the provisions of this section and that breach is proven in Court, Employer shall be entitled to liquidated damages from the breaching party in the amount of $1,000.00 per breach as its remedy. Equitable remedies as may be available to Employer are not relinquished by virtue of this liquidated damages provision. In the event Employer must take action, including but not limited to filing an action in court, to enforce any of the provisions of this section as a result of the alleged breach, Employer will also be entitled to recover its reasonable attorneys' fees and costs of the litigation. Similarly, management level employees of employer agree to abide by the terms and damage provisions set forth in this paragraph.

5. **No Other Compensation or Benefits.**   Holt represents, warrants and acknowledges that Employer does not owe him any wages, commissions, bonuses, sick pay, personal leave, severance pay, vacation pay or other compensation or benefits or payments or form of remuneration of any kind or nature, other than that specifically provided for in this Agreement.

6. **Employer's Property.**   Holt represents and certifies that he has none of Employer's documents or property in my possession or control. This includes, but is not limited to, items that are confidential and/or proprietary.

7. **Breach.**  If Holt is found by a court of competent jurisdiction to have breached any obligation in this Agreement, they shall be liable for any damages or relief to which Holt, Employer or the Releasees may be entitled under prevailing law or equity, including injunctive relief, and, in addition, Holt shall pay the expenses of Employer or the Releasees, including expert, accounting or attorneys' fees.   Similarly, Employer agrees to the be subject to the terms and damage provisions of this paragraph for each breach proven in Court.

8. **Entire Agreement; Alabama Law and Forum**.   Holt acknowledges that this

Holt's Initials _____

Agreement contains the entire understanding and agreement of the parties. Alabama law governs this Agreement, and any litigation concerning this Agreement shall be in a court of competent jurisdiction in Alabama.

9.  **Acknowledgment of Knowing and Voluntary Waiver.**

HOLT HAS CAREFULLY READ THIS AGREEMENT AND HE FULLY UNDERSTANDS ALL OF THE PROVISIONS OF THIS AGREEMENT.

HOLT HAS BEEN ENCOURAGED AND ADVISED IN WRITING TO SEEK ADVICE FROM ANYONE OF MY CHOOSING REGARDING THIS AGREEMENT (INCLUDING MY ATTORNEY, ACCOUNTANT OR TAX ADVISOR). BEFORE SIGNING THIS AGREEMENT, HOLT HAS BEEN GIVEN THE OPPORTUNITY AND SUFFICIENT TIME TO SEEK SUCH ADVICE.

IN SIGNING THIS AGREEMENT, HOLT IS NOT RELYING ON ANY REPRESENTATION OR STATEMENT (WRITTEN OR ORAL) NOT SPECIFICALLY SET FORTH IN THIS AGREEMENT WITH REGARD TO THE SUBJECT MATTER, BASIS, OR EFFECT OF THIS AGREEMENT OR OTHERWISE.

HOLT WAS NOT COERCED, THREATENED, OR OTHERWISE FORCED TO SIGN THIS AGREEMENT. HOLT IS VOLUNTARILY SIGNING AND DELIVERING THIS AGREEMENT OF HIS OWN FREE WILL.

HOLT UNDERSTANDS THAT BY SIGNING THIS AGREEMENT HE IS GIVING UP RIGHTS HE MAY HAVE. HOLT UNDERSTANDS HE DOES NOT HAVE TO SIGN THIS AGREEMENT.

Holt's Initials _____

IN WITNESS WHEREOF, the undersigned executed this Agreement on this _____ day of _____, 2019.

                                                                                            _____
                                                                                            Roderick Holt

STATE OF ALABAMA        )
                                        )
COUNTY OF JEFFERSON    )

Before me, the undersigned Notary Public, personally appeared Roderick Holt, whose name is signed to the foregoing Agreement, and who is known to me, after being duly sworn on oath, deposed and acknowledged that, being informed of the contents of such instrument, he executed the same voluntarily.

In witness whereof, the undersigned Notary Public has signed this acknowledgment on this the _____ day of _____, 2019.

                                                                     _____
                (Seal)                                         NOTARY PUBLIC
                                                                                My Commission expires:

                                                                                              Holt's Initials _____

IN WITNESS WHEREOF, the undersigned executed this Agreement on this _____ day of

_____, 2019.

                                                                                                    _____
                                                                                                    Jefferson County Committee for Economic Opportunity

STATE OF ALABAMA            )
                                            )
COUNTY OF JEFFERSON     )

      Before me, the undersigned Notary Public, personally appeared the above signed individual, whose name is signed to the foregoing Agreement, and who is known to me, after being duly sworn on oath, deposed and acknowledged that, being informed of the contents of such instrument, he executed the same voluntarily.

      In witness whereof, the undersigned Notary Public has signed this acknowledgment on this the _____ day of _____, 2019.

Holt's Initials _____